# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
OCT 05 2018
LONG ISLAND OFFICE

| | |
|---|---|
| Cindy Jocelyn, *on behalf of herself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Enzymatic Therapy, LLC,<br>Defendant. | Case No. 2:18-cv-00564-JFB-AYS<br><br>Stipulation of Dismissal with Prejudice |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties, through their respective undersigned counsel, hereby stipulate and agree to the dismissal with prejudice of all of the claims asserted by Plaintiff in the above-captioned action, with each party to bear its own costs.

SO STIPULATED.

For the Plaintiff:

By: _____
Lee Litigation Group, PLLC
C.K. Lee, Esq.
Anne Selig
30 East 39th Street, Second Floor
New York, NY 10016
Telephone: 212-465-1188
Fax: 212-465-1181
cklee@leelitigation.com
anne@leelitigation.com

For the Defendant:

By: _____
Robins Kaplan LLP
Meegan Hollywood
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: 212-980-7400
Fax: 212-980-7499
MHollywood@RobinsKaplan.com

-and-

Stephen P. Safranski (admitted *PHV*)
Amira A. ElShareif (admitted *PHV*)
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: 612-349-8500
Fax: 612-339-4181
SSafranski@RobinsKaplan.com
AElshareif@RobinsKaplan.com

Date: 10/3/18     Date: 10/4/18

The Clerk of the Court shall close the case.

_____
Joseph F. Bianco
USDJ
Date: Oct. 5     20 18
Central Islip, N.Y.

-2-